IN THE CIRCUIT/COUNTY COURT OF THE 20th

JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

Plaintiff

SHAW, WILLIAM S.

8841 College Pkwy. Suite 105 P.O. Box # 07182

Fort Myers Fl. 33919

22-CA-000148
Judge: Kyle, Keith R

VS.

DEFENDANT

HEALTHPARK MEDICAL CENTER, LLC.

CO. DEFENDANTS- SCERBO, C.J.  IVERSEN, JAMES.  OLIVENCIA, MIGUEL.  FITZGERALD, JIM.  FREITAS, GILBERT.  HORNSBY, BRIAN.  RODRRIGUEZ, RENE.  DALE, RENEE D.  CNA KALI.

Healthpark Hospital

9981 S. Healthpark Dr.

Fort Myers Fl. 33908

My complaint.

1. The following events occurred in lee county. The events occurred at Healthpark Hospital, located in Lee County. The defendants work at HEALTHPARK HOSPITAL, located in Lee County. I live in lee county.

2. 42 U.S. CODE 132d -6. SECURITY, and NURSES, without authorization, intentionally, with malice, and negligent actions illegally accesses, steals and illegally discloses my PHI.

IN THE CIRCUIT/COUNTY COURT OF THE 20th

JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

3. Everyone has the right to travel unimpeded. SECURITY and NURSES, repeatedly prevent my right to leave the hospital. Security and nurses, on multiple times violates my rights to travel in the hospital foyer, lobby, illegally blocking me from exiting the hospital.

4. Assault and Battery. Florida Statute 784.011 Florida Statute 784.03, Assault and Battery on a venerable disabled senior. SECURITY and nurses give unlawful orders to stop me from leaving hospital. I was assaulted, battered and imprisoned by security and nurses.

5. 4th amendment violation. Assault, Battery. Security and nurses' orders that I allow to a search or I could not leave. SECURITY and NURSES intentional inflicts with malice, mental and physical abuse causing permanent injuries.

6. 4th amendment violation, PHI violations, assault, Battery. SECURITY AND NURSES repeatedly demands that I submit to an illegal medical procedure or I could not leave. SECURITY and NURSES repeats this demand at least 20 times. I was not allowed to leave.

7. Florida Statute 787.02, 8 security guards, and 3 nurses, circle me so tightly I could not move. This continues for 1 hour and 30 minutes.

8. SECURITY and NURSES are neglect in duty's and violates contracts.

9. SECURITY and NURSES constantly puts my safety and life in danger. Florida Statute 784.021 SECURITY engages in aggravated assault.

10. The Public Defender's office was hacked and all the medical records released by Rodriguez was stolen.

IN THE CIRCUIT/COUNTY COURT OF THE 20th

JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

11. SECURITY and NURSES, intentionally, with neglect and malice, violates multiple laws causing mental and physical harm to myself. I was falsely arrested and my back was damaged to extent that required over 1 year in hospital, 2 months in physical therapy, including surgery. I suffer from extreme menta abuse from incident. All actions are on a vulnerable senior over 60.

12. HEALTHPARAK MEDICAL CENTER knowingly allows and encourages security and NURSES to act outside the bounds of the law.

I AM REQUESTING DAMAGES $1.5 M.  PUNATIVE $1.5M.  FUTURE $1.5 M

SIGNATURE. *[signature]*

DATE. 1-11-22